# United States Court of Appeals
## For the Eighth Circuit

_____

No. 21-1455
_____

Sharon L. Rogers

*Plaintiff - Appellant*

v.

United States of America

*Defendant - Appellee*

_____

Appeal from United States District Court
for the Eastern District of Arkansas - Batesville

_____

Submitted: October 21, 2021
Filed: October 26, 2021
[Unpublished]

_____

Before BENTON, KELLY, and GRASZ, Circuit Judges.

_____

PER CURIAM.

Sharon Rogers appeals the district court's[1] adverse judgment after a bench trial in her Federal Tort Claims Act action. After careful review of the record and the

_____

[1]The Honorable Lee P. Rudofsky, United States District Judge for the Eastern District of Arkansas.

parties' arguments on appeal, we find no basis for reversal. <u>See</u> <u>Howard v. United States</u>, 964 F.3d 712, 716 (8th Cir. 2020) (standard of review). Accordingly, we affirm. <u>See</u> 8th Cir. R. 47B.

_____